USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA      :
:
      -against-      :      25-MJ-507 (VEC)
:
CHRISTIAN IRIZARRY,       :      ORDER
                 Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an arraignment and plea hearing was scheduled for May 22, 2025 at 2:30 P.M., *see* Dkt. 10;

    WHEREAS Mr. Irizarry refused to come to Court on that day; and

    WHEREAS the Government's request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) expired on May 21, 2025, *see* Dkt. 8.

    IT IS HEREBY ORDERED that Mr. Irizarry's plea hearing will be held on **Tuesday, June 17, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that the Government's continuance is extended to June 17, 2025 *nunc pro tunc*.

**SO ORDERED.**

**Date: May 22, 2025**
**New York, NY**

                                               **VALERIE CAPRONI**
                                               **United States District Judge**